# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00471-CV

**Formulation Technologies, LLC, d/b/a PharmaForm, Appellant**

**v.**

**Michael Crowley, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-10-000546, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Formulation Technologies, LLC, d/b/a PharmaForm has filed an unopposed motion to dismiss its appeal informing this Court that the parties have resolved their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: November 2, 2010